610

373 A.2d 1137

Commonwealth, Appellant, v. Snook.

Argued June 16, 1976.  Robert F. Banks, First Assistant District Attorney, with him Allen E. Ertel, District Attorney, for Commonwealth, appellant; Bernard J. Meyer, submitted a brief for appellee.

Order affirmed.

373 A.2d 1137

Commonwealth v. Sockwell, Appellant.

Argued March 14, 1977.  Frederic G. Antoun, Jr., Assistant Public Defender, for appellant; Reid H. Weingarten, Deputy District Attorney, with him LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1138

Commonwealth v. Sockwell, Appellant.